UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARIE D. TAYLOR,

       Plaintiff,

                  CASE NO. 2:16-CV-10239
                  JUDGE GEORGE CARAM STEEH
                  MAGISTRATE JUDGE ANTHONY P. PATTI

   v.

COMMISSIONER OF
SOCIAL SECURITY,

       Defendant.

_____/

**ORDER REQUIRING PLAINTIFF TO SUPPLEMENT HER JANUARY 25,
2016 APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT
PREPAYING FEES OR COSTS (DE 2)**

**A.    Background**

On January 25, 2016, Marie D. Taylor filed a complaint (DE 1) for judicial

review of the Commissioner of Social Security's November 23, 2015 decision.   On

the same day, she also filed an application (DE 2) to proceed in district court without

prepaying fees or costs.   Each of these filings was electronically filed by attorney

Wesley J. Lamey (P73613).

**B.    Discussion**

This case has been referred to the undersigned for pretrial matters.   (DE 4.)

Having reviewed Plaintiff's application to proceed in forma pauperis (DE 2), the

Court concludes that it is not in a position to rule at this time.   The form application (AO 240) contains answers to some questions but is blank as to others.   *See* DE 2 ¶¶ 5-8.

## C.   Order

Upon consideration, the application to proceed in district court without prepaying fees or costs (DE 2) is **HELD IN ABEYANCE**.   Within ten (10) days of the date of this order, Plaintiff **SHALL** file a supplemental application which fully answers the questions asked, preferably with the assistance of her counsel.

**IT IS SO ORDERED.**


Dated: January 26, 2016          s/Anthony P. Patti
                                 Anthony P. Patti
                                 UNITED STATES MAGISTRATE JUDGE


I hereby certify that a copy of the foregoing document was sent to parties of record on January 26, 2016, electronically and/or by U.S. Mail.

                                 s/Michael Williams
                                 Case Manager for the
                                 Honorable Anthony P. Patti